# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM DAVIS,<br><br>    *Plaintiff*,<br><br>vs.<br><br>KAREN GEDNEY., *et al.,*<br><br>    *Defendants*. | 3:11-cv-00426-LRH-VPC<br><br>ORDER |

Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete. Plaintiff did not attach an inmate account statement, and the financial certificate used appears to be from a state court form. Both a federal court financial certificate executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint in a new action together with a new pauper application with all required attachments. The Clerk of Court shall send plaintiff a copy of the papers that he filed, blank complaint and pauper forms, and the corresponding instructions for the forms. The Clerk further shall enter final judgment accordingly, dismissing this action without prejudice.

DATED this 20th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE