AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

WILLIAM DAVIS,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:11-CV-00426-LRH-VPC**

KAREN GEDNEY, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to the filing of a new complaint in a new action together with a new pauper application with all required attachments.

   June 21, 2011         **LANCE S. WILSON**
      Clerk

      /s/ Katie Lynn Ogden
      Deputy Clerk